UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:09-CR-177-2

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| VS. | ) | ORDER |
| | ) | |
| TERRELL CAVINESS | ) | |

THIS MATTER COMING before the Court on the Defendant's motion to seal the Defendant's motion to continue the sentencing hearing, the Court finds that good cause exists to allow the motion, and therefore, the Defendant's motion is ALLOWED.

SO ORDERED.

This 5th day of November, 2010.

_____
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE